JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for the Defendants,
 The Middlesex County Prosecutor's Office, and
 Middlesex County Prosecutor Bruce Kaplan

By: Eric S. Pasternack
 Deputy Attorney General
 (609) 292-8562
 Eric.Pasternack@dol.lps.state.nj.us

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| TOMAS LOZADA, JR., | Civil Action No. 13-2090 |
| Plaintiff, | Civil Action |
| v. | |
| ANTHONY CASALE, et al. | **ORDER** |
| Defendants | |

This matter having been opened to the Court by John J. Hoffman, Acting Attorney General of New Jersey, by Eric S. Pasternack, Deputy Attorney General, appearing for Defendants, the Hudson Vicinage Probation Division and Child Support Unit Case Manager, Anthony Casale, Andrea Genova, and Rosanne Lomolino; and the Court having read and considered the papers

submitted; and having heard oral argument, if any; and for good cause shown;

IT IS on this 23rd day of January, 2014,

ORDERED that the motion filed on behalf of the Defendants to extend time to Answer or otherwise plead is granted; and it is further;

ORDERED that the Defendants shall have thirty (30) days from receipt of this Order to Answer or otherwise plead; and it is further

ORDERED that a copy of the within Order be served upon all parties within seven (7) days from the date hereof; and, it is further ORDERED that plaintiff's requests for entry of default and motion for default judgment are DENIED AS MOOT.

Hon. Faith S. Hochberg, U.S.D.J.